AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

UNITED STATES OF AMERICA, REID
LAWSON, ex rel., AND STATE OF GEORGIA,
ex rel.,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV210-72

AEGIS THERAPIES, INC., and BEVERLY HEALTH
& REHAB CENTER-JESUP, d/b/a Golden Living
Center-Jesup,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Orders of the Court entered the 29th day of October 2013, and the 31st day of March 2015, judgment is hereby entered in favor of the Defendants.

Approved by: _____

Date: April 7, 2015

Scott L. Poff
Clerk

s/Candy Asbell
(By) Deputy Clerk